# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH LEWIS, | Case No.: 2:18-cv-00260-APG-GWF |
| Plaintiff | **Order for Status Report** |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant | |

The scheduling order's deadlines in this case have passed and the parties have not filed a proposed joint pretrial order. ECF No. 9. On January 7, 2019, I denied the defendant's motion to enforce settlement and directed the parties to meet and confer. ECF No. 16. Since then, nothing has been filed.

IT IS THEREFORE ORDERED that on or before May 10, 2019, the parties shall file a joint status report, a proposed joint pretrial order, or a stipulation to dismiss this case.

DATED this 11th day of April, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE